LAURA M. BRACKETT, Respondent, *v.* VALENTINE W. SMITH et al., as Executors of JOSEPHINE A. DUTCHER, Deceased, Appellants.

(Argued December 6, 1934; decided December 31, 1934.)

492

*Maurice Brandt* and *Victor Levin* for appellants.

*M. M. Leichter* and *John L. Ketcham* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.